**Other Documents**
2:25-cv-12085-BRM-LDW
TRUSTEES OF THE
INTERNATIONAL UNION OF
OPERATING ENGINEERS
LOCAL 825 BENEFIT FUNDS v.
SPEYSIDE HOLDINGS LLC
**CASE CLOSED on 08/14/2025**

CLOSED

## U.S. District Court

### District of New Jersey [LIVE]

**Notice of Electronic Filing**

The following transaction was entered on 9/15/2025 at 10:26 AM EDT and filed on 9/11/2025

**Case Name:** TRUSTEES OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 825 BENEFIT FUNDS v. SPEYSIDE HOLDINGS LLC
**Case Number:** 2:25-cv-12085-BRM-LDW
**Filer:**
**WARNING: CASE CLOSED on 08/14/2025**
**Document Number:** 5

**Docket Text:**
**Letter from VIPIN P. VARGHESE requesting a Certified Copy of the [4] Order and Judgment. (Certified copy of the [4] Order and Judgment has been mailed to Petitioner's Attorney via Regular U.S. Mail.) (wh)**

**2:25-cv-12085-BRM-LDW Notice has been electronically mailed to:**

VIPIN P. VARGHESE    vvarghese@decotiislaw.com, cetienne@decotiislaw.com, jowens@decotiislaw.com, kderisi@decotiislaw.com, rmcgowan@decotiislaw.com

**2:25-cv-12085-BRM-LDW Notice has been sent by regular U.S. Mail:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=9/15/2025] [FileNumber=19925598-0] [701b19ccad1bec5a4e539e11647d16b3d0080a8e35c4978c733c2ce4fc7c42ae00 8e22cdf35ee1cfccbc9c3dbf2096c76e93656d185aed1feb5f6017a11cb285]]

**DECOTIIS, FITZPATRICK, COLE & GIBLIN, LLP**
**Vipin Varghese, Esq. - #003882012**
61 South Paramus Road, Suite 250
Paramus, New Jersey 07652
Tel.: (201) 928-1100
*Attorneys for Petitioners*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUSTEES OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 825 BENEFIT FUNDS,<br><br>Petitioners,<br><br>vs.<br><br>SPEYSIDE HOLDINGS LLC,<br><br>Respondent. | Civil Action No.:<br>_25-12085(BRM)(LDW)<br><br><br>**ORDER CONFIRMING ARBITRATION AWARDS AND FOR ENTRY OF JUDGMENT** |

**THIS MATTER** having come before the Court by DeCotiis, Fitzpatrick, Cole & Giblin, LLP, attorneys for Petitioners, by way of a Motion to Confirm Arbitration Awards and for Entry of Judgment, and

This Court having fully considered the matter, and for good and sufficient cause shown;

**IT IS** on this _14th___ day of __August_____ 2025:

**ORDERED** that the Arbitration Award issued by Arbitrator Jose L. Linares, U.S.D.J. (Ret.) ("Arbitrator Linares") on February 18, 2025 (Arbitration Referral No. 125641FP), shall be and is hereby **CONFIRMED**; and it is further

**ORDERED** that Respondent make payment to the Funds in the amount of $6,631.17, based on its failure to pay contributions for the period of October 1, 2024 through October 27, 2024, as directed by Arbitrator Linares in his award dated February 18, 2025 (Arbitration Referral No. 125641FP); and it is further

#10086268

**ORDERED** that the Arbitration Award issued by Arbitrator Linares on March 18, 2025 (Arbitration Referral No. 126310FP), shall be and is hereby CONFIRMED; and it is further

**ORDERED** that Respondent make payment to the Funds in the amount of $7,918.21, based on its failure to pay contributions for the period of November 1, 2024 through November 30, 2024, as directed by Arbitrator Linares in his award dated March 18, 2025 (Arbitration Referral No. 126310FP); and it is further

**ORDERED** that the Arbitration Award issued by Arbitrator Linares on April 15, 2025, (Arbitration Referral No. 126971FP), shall be and is hereby CONFIRMED; and it is further

**ORDERED** that Respondent make payment to the Funds in the amount of $5,332.04, based on its failure to pay contributions for the period of December 2, 2024 through December 31, 2024, as directed by Arbitrator Linares in his award dated April 15, 2025 (Arbitration Referral No. 126971FP); and it is further

**ORDERED** that the Arbitration Award issued by Arbitrator Linares on May 20, 2025 (Arbitration Referral No. 127824FP), shall be and is hereby CONFIRMED; and it is further

**ORDERED** that Respondent make payment to the Funds in the amount of $4,740.78, based on its failure to pay contributions for the period of January 1, 2025 through January 26, 2025, as directed by Arbitrator Linares in his award dated May 20, 2025 (Arbitration Referral No. 127824FP); and it is further

**ORDERED AND ADJUDGED** that Petitioners shall recover from Respondent, Speyside Holdings, LLC the cumulative sum of $24,622.20, which represents the total amount awarded by Arbitrator Linares in the aforementioned Awards, plus the costs of this action in the amount of $405.00, for the total amount of $25,027.20, and it is further

**ORDERED** that a copy of this Order shall be served upon all parties within seven (7) days of the date of entry of this Order.

*Brian R. Martinotti*
Judge, United States District Court

I hereby attest and certify on 9/15/2025 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY

DEPUTY CLERK